UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

-against-

MARCUS JEREMY HUNTER, et al.,

                Defendants.

1:23-CV-10394 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated January 8, 2024, the Court dismissed this *pro se* action and denied Plaintiff's motion to proceed under a pseudonym, but granted Plaintiff 30 days' leave to replead his claims in an amended complaint and to file another motion for leave to proceed under a pseudonym along with his amended complaint. (ECF 5.) On February 3, 2024, the court received a letter from Plaintiff in which he requests a 60-day extension of time to comply with the Court's January 8, 2024 order. The Court grants Plaintiff's request. The Court grants Plaintiff an additional 60 days from the date of this order to comply with the Court's January 8, 2024 order.

      If Plaintiff fails to comply with the Court's January 8, 2024 order within 60 days of the date of this order, the Court will direct the Clerk of Court to enter judgment dismissing this action for the reasons set forth in the Court's January 8, 2024 order, and to make Plaintiff's original complaint and *in forma pauperis* application publicly available on the court's electronic docket.

SO ORDERED.

Dated:  February 6, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                      Chief United States District Judge