**Hecker Fink LLP**

350 FIFTH AVENUE | 63 RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL      929.294.2536
DIRECT EMAIL   gtenzer@heckerfink.com

July 1, 2024

**VIA ECF**

| | |
|---|---|
| The Honorable Dale E. Ho | The Honorable Laura Taylor Swain |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Thurgood Marshall U.S. Courthouse | Daniel Patrick Moynihan Courthouse |
| 40 Foley Square | 500 Pearl Street |
| New York, NY 10007 | New York, NY 10007 |

> Re:  *Doe v. Columbia University*, No. 23-cv-10393-DEH (S.D.N.Y.), *Doe v. Hunter*, No. 23-cv-10394-LTS (S.D.N.Y.), and *Doe v. Kachalia*, No. 23-cv-10395-DEH (S.D.N.Y.)

Dear Judge Ho and Judge Swain:

On behalf of Defendant Trustees of Columbia University in the City of New York ("Columbia"), we write to bring to the Court's attention Plaintiff's amended complaint in *Doe v. Hunter*, ECF 10, which names Columbia and several current and former Columbia administrators as defendants.[1] As a result, Columbia is now named as a defendant in all three of Plaintiff's actions—*Doe v. Columbia*, *Doe v. Hunter*, and *Doe v. Kachalia*—two of which are currently designated as related.[2] *See* Loc. R 1.6; Rule 13, R. for Div. of Bus. Among Dist. Judges, S.D.N.Y.

When the complaints in these three actions were initially filed, *Doe v. Columbia* and *Doe v. Kachalia*—both of which named Columbia as a defendant—were designated as related. However, *Doe v. Hunter*—in which Columbia was not originally named as a defendant—was not designated as related, even though the facts in that case overlap with the facts in *Doe v. Columbia*. *See Doe v. Columbia*, ECF 17; *compare* Am. Compl., *Doe v. Hunter*, ECF 10, *with* Compl., *Doe v. Columbia*, ECF 1.

---

[1] While Columbia is named as a defendant in the amended complaint in *Doe v. Hunter*, it has not been added as a defendant to any of the causes of action; only the current and former Columbia administrator defendants have been added to the causes of action. *See Doe v. Hunter*, ECF 10; *see also Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006) (submissions of pro se litigants should be construed liberally).

[2] As of the date of this letter, none of the Columbia defendants have been served in *Doe v. Hunter*.

Hecker Fink LLP

2

      While Columbia respectfully submits that all three actions should be dismissed for all the reasons previously outlined for and by the Court, *see Doe v. Columbia*, ECF 17 & 29; *Doe v. Hunter*, ECF 5, to the extent the newly overlapping defendant (Columbia) in *Doe v. Hunter* bears on the relatedness of the cases, we wish to bring that information to the Court's attention. *See* Loc. R 1.6; Rule 13, R. for Div. of Bus. Among Dist. Judges, S.D.N.Y.

      Respectfully submitted,

      Gabrielle E. Tenzer

cc:    Plaintiff John Doe (via mail & email)

## AFFIRMATION OF SERVICE

I, Gabrielle E. Tenzer, declare under penalty of perjury that on July 1, 2024, I caused to be served a copy of this Letter via electronic and physical mail to the following addresses:

John Doe
PO Box 209
Buffalo, NY 14215
jddoe591@gmail.com

Dated: July 1, 2024
New York, New York

By: _____
Gabrielle E. Tenzer
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
gtenzer@heckerfink.com

*Counsel for Defendant Trustees of Columbia University in the City of New York*